IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JASON ANTHONY JOHNSON,

    Petitioner,

v.                                        5:15cv34–WS/CAS

STATE OF FLORIDA,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 29) docketed April 3, 2017. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied. The petitioner has filed a letter (doc. 30), presumably in response to the magistrate judge's report and recommendation.

Upon review of the record, including the petitioner's letter, the court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 29) is hereby

ADOPTED and incorporated by reference into this order.

2. The petitioner's petition for writ of habeas corpus (doc. 1) is DENIED.

3. The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus is DENIED."

4. A certificate of appealability is DENIED.

5. Leave to appeal in forma pauperis is DENIED.

DONE AND ORDERED this   15th   day of    May   , 2017.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE5.